| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | RICHARD J. BENDER<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**
JUN 11 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF ) S.W. NO. 2:12-SW-302 DAD
2511 CONNIE DRIVE, #200, )
SACRAMENTO, CA. )
) REQUEST TO UNSEAL SEARCH
) WARRANT AND SEARCH WARRANT
) AFFIDAVIT; ORDER
)

The search warrant in the above-captioned proceeding was executed on June 11, 2012. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant and search warrant affidavit be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: 6/11/12

By: RICHARD J. BENDER
Assistant United States Attorney

**O-R-D-E-R**

It is so ORDERED,

this 11th day of June, 2012

_____
DALE A. DROZD
U.S. Magistrate Judge

1